UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER DAVID BERMUDEZ DELLAN, (A-Number: 201-910-934)<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, et al.,<br><br>Respondents. | Case No.  1:26-cv-03201-KES-FJS-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PETITIONER'S REQUEST TO DISMISS HIS CASE |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 8, 2026, Petitioner filed a request to dismiss his case. (ECF No. 5.) Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondent has not yet filed an answer or other responsive pleading.

Accordingly, the Clerk of Court is directed to close the case pursuant to Petitioner's notice of dismissal.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2